ALVERSON, TAYLOR,
MORTENSEN & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for Romewright Properties, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION, a government-sponsored entity,<br><br>Plaintiff,<br>vs.<br><br>ROMEWRIGHT PROPERTIES, LLC, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00305-JCM-VCF<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT ROMEWRIGHT PROPERTIES, LLC** |

COMES NOW, Defendant ROMEWRIGHT PROPERTIES, LLC ("Defendant"), by and through its attorneys of record, Alverson Taylor Mortensen & Sanders, and Plaintiff BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION, ("Plaintiffs"), by and through their attorney of record, Akerman, LLP, and hereby acknowledge and stipulate as follows:

A default was entered against the Defendant in this matter on June 12, 2018 (Doc. 8). On June 27-28, 2018, counsel conferred regarding the default and it was agreed that the default would be

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

set aside and that the Defendant would file an answer to Plaintiff's Complaint before end of day, July 13, 2018.

Accordingly, Plaintiff and the Defendant hereby stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** that the default taken against ROMEWRIGHT PROPERTIES, LLC will be set aside.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that ROMEWRIGHT PROPERTIES, LLC will file an answer to Plaintiff's Complaint before end of day Friday, July 13, 2018.

| | |
|---|---|
| DATED this 2nd day of July, 2018. | DATED this 2nd day of July, 2018. |
| ALVERSON, TAYLOR, MORTENSEN & SANDERS | AKERMAN, LLP |
| /s/ Adam R. Knecht | /s/ |
| KURT R. BONDS, ESQ. | DARREN T. BRENNER, ESQ. |
| Nevada Bar #6228 | Nevada Bar No. 8386 |
| ADAM R. KNECHT, ESQ. | NATALIE L. WINSLOW, ESQ. |
| Nevada Bar #13166 | Nevada Bar No. 12125 |
| 6605 GRAND MONTECITO PARKWAY SUITE 200 | 635 Village Center Circle, Suite 200 |
| LAS VEGAS, NEVADA 89149 | Las Vegas, NV 89134 |
| (702) 384-7000 | Telephone: (702) 634-5000 |
| Fax: (702) 385-7000 | Facsimile: (702) 380-8572 |
| *Attorneys for Romewright Properties, LLC* | *Attorney for Plaintiff* |

# ORDER

**IT IS HEREBY ORDERED** that the default taken against ROMEWRIGHT PROPERTIES, LLC is set aside.

**IT IS FURTHER ORDERED** that ROMEWRIGHT PROPERTIES, LLC will file an answer to Plaintiff's Complaint before end of day Friday, July 13, 2018.

DATED July 6, 2018.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

/s/ Adam R. Knecht
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
*Attorneys for Romewright Properties, LLC*

\\atms-fs2\data\kurt.grp\CLIENTS\25600\25643\pleading\SAO Set Aside Default.doc