DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12124
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bayview Loan Servicing, LLC
and Federal Home Loan Mortgage Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION, a government-sponsored entity,<br><br>Plaintiff,<br><br>vs.<br><br>ROMEWRIGHT PROPERTIES, LLC, DW MANAGEMENT, LLC, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant.<br><br>ROMEWRIGHT PROPERTIES, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Counterdefendants. | Case No. 2:18-cv-00305-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

48149559;1

Bayview Loan Servicing, LLC (**Bayview**) and Federal Home Loan Mortgage Corporation (**Freddie Mac**) (collectively **Plaintiffs**) and DW Management, LLC (**DW**) and Romewright Properties, LLC (**Romewright**) (collectively **Defendants**) hereby stipulate and agree that both plaintiffs and defendants shall have an additional thirty (30) days, up to and including **April 5, 2019**, to file their responses to the motions for summary judgment. Both responses are currently due on March 6, 2019, pursuant to ECF Nos. 34 and 35. Plaintiffs' motion for summary judgment was filed on February 13, 2019 [ECF No. 34], and defendants' motion for summary judgment was filed on February 13, 2019 [ECF No. 35].

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this _5th_ day of March, 2019.

| **AKERMAN LLP** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| _/s/ Jamie K. Combs_____ | _/s/ Adam R. Knecht_____ |
| DARREN T. BRENNER, ESQ. | KURT R. BONDS, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 6228 |
| NATALIE L. WINSLOW, ESQ. | ADAM R. KNECHT, ESQ. |
| Nevada Bar No. 12124 | Nevada Bar No. 13166 |
| JAMIE K. COMBS, ESQ. | 6605 Grand Montecito Parkway, Suite 200 |
| Nevada Bar No. 13088 | Las Vegas, NV 89149 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorney for Romewright Properties, LLC* |
| | |
| *Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation* | |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: March 7, 2019 _____

2

48149559;1